**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert Dallison                  CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 24-11838 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                  Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
05 Jun 2024, 14:40:35, EDT

          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322